EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at 2 o'clock and 01 m
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ZACHARIAH DODGE,<br><br>                Defendant. | CR. NO. CR04-00448 DAE<br><br>INDICTMENT<br><br>49 U.S.C. §§ 46504 & 46501 |

## INDICTMENT

(49 U.S.C. §§ 46504 & 46501)

The Grand Jury charges that:

On or about November 14, 2004, while aboard a civil aircraft of the United States and within the special aircraft jurisdiction of the United States, that is, American Trans Air Flight No. 921 originating in Seattle, Washington, and bound for Honolulu, Hawaii, the defendant ZACHARIAH DODGE did knowingly assault and intimidate a flight attendant of the aircraft and thereby interfered with the performance of said flight

attendant's official duties and lessened the ability of the flight attendant to perform said duties, to wit, the defendant physically restrained the flight attendant and spit at her multiple times while she was attempting to get him seated to comply with the "Fasten Seat Belt" requirement that was then in effect.

All in violation of Title 49, United States Code, Sections 46504 and 46501.

### Sentencing Allegation

The defendant "physically restrained" the flight attendant during the course of the offense and the base offense level should be increased by two levels pursuant to United States Sentencing Guidelines § 3A1.3.

DATED: November 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. ZACHARIAH DODGE
Cr. No.         (Indictment)