# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 04-00448DAE

CASE NAME:        USA vs. ZACHARIAH DODGE

ATTYS FOR PLA:    Marshall H. Silverberg

ATTYS FOR DEFT:   Shanlyn A.S. Park

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:    FTR-Courtroom 7

DATE:     1/13/2006                  TIME:        10:43-10:56

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present, not in custody.

Defendant admits to some of the alleged violations, denies others.  Arguments heard.  Allocution by Defendant. Court finds that the Defendant has violated the condition of his pretrial release.

Pretrial release revoked.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager