ORIGINAL

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

U.S.A. vs. ZACHARIAH DODGE                     CRIMINAL NO. 04-00448DAE

Second Amended Petition for Action on Conditions of Pretrial Release

COMES NOW JULIE A. WALL, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant ZACHARIAH DODGE, who was placed under pretrial release supervision by the Honorable Barry M. Kurren sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since November 18, 2004. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Admitting to using marijuana on April 5, 2005, in the Western District of Washington, in violation of Special Condition No. 10.

2. Failing to submit to random drug detection testing on April 20, 2005, in the Western District of Washington, in violation of Special Condition No. 11.

3. Failing to submit to drug detection testing on August 22, August 31, September 26, December 1, December 5, and December 13, 2005, in the Western District of Washington, in violation of Special Condition No. 11.

4. Submitting a urine specimen on November 28, 2005, in the Western District of Washington, which resulted positive for marijuana, in violation of Special Condition No. 10.

5. Failing to participate in substance abuse treatment as directed by Bel Air Clinic, in violation of Special Condition No. 12.

6. Submitting a urine specimen on January 5, 2006, in the District of Hawaii, which resulted positive for Marijuana, in violation of Special Condition No. 10.

U.S.A. vs. ZACHARIAH DODGE
CRIMINAL NO. 04-00448DAE
Second Amended Petition for Action on Conditions of
Pretrial Release

January 12, 2005
Page 2 of 2

---

PRAYING THAT THE COURT WILL ORDER the defendant to show cause why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 12th day of January, 2006 and ordered filed and made a part of the records in the above case.

_/s/ Leslie E. Kobayashi_
LESLIE E. KOBAYASHI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2006

_/s/ Julie A. Wall_
JULIE A. WALL
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii