# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00448DAE |
| CASE NAME: | USA v. Zachariah Dodge |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/18/2006 | TIME: | 9:45am-10:30am |

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant Zachariah Dodge. Government's Motion for Upward Departure.

Defendant Zachariah Dodge present in custody.

Government's Motion for Upward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Zachariah Dodge

SENTENCE:

Imprisonment: 70 MONTHS

Supervised Release:  3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

    4.    Defendant shall cooperate in the collection of DNA as directed by the

probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release. as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing, in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. Defendant may change his residence only with the advance approval of the Probation Office.

12. Defendant shall cooperate with the Federal Aviation Administration (FAA) in any administrative proceedings, including making arrangements to pay any fine imposed by the FAA.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Sea Tac, WA. 500 hour drug treatment program. Drug Treatment. Mental health treatment. Educational Opportunities. Vocational training. Alcohol treatment. Defendant not be allowed to travel through the airlines for 5 years after his supervised release.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager