ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
ZACHARIAH DODGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00448 DAE |
|---|---|
| Plaintiff, | ) NOTICE OF APPEAL; |
| vs. | ) CERTIFICATE OF SERVICE |
| ZACHARIAH DODGE, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant ZACHARIAH DODGE, through counsel, Shanlyn A.S. Park, Assistant Federal Defender, hereby appeals to the United States Court of Appeals for the Ninth

Circuit from the Judgment of Conviction and Sentence entered by the Honorable David A. Ezra on January 18, 2006.

    DATED: Honolulu, Hawaii, January 19, 2006.

                    SHANLYN A.S. PARK
                    Attorney for Defendant-Appellant
                    ZACHARIAH DODGE

## CERTIFICATE OF SERVICE

I, MARI S. WONG, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 19, 2006:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm 6100
Honolulu, HI 96850

Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, January 19, 2006.

_____
MARI S. WONG
Legal Secretary to

SHANLYN A.S. PARK
Attorney for Defendant-Appellant
ZACHARIAH DODGE