UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 2 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ZACHARIAH DODGE,<br><br>Defendant - Appellant. | No. 06-10150<br>D.C. No. CR-04-00448-DAE<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the sentence of the said District Court in this cause be, and hereby is **VACATED and REMANDED.**

Filed and entered 01/09/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 3 1 2007

by: /s/
Deputy Clerk