EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2007

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00448 DAE |
| Plaintiff, | ) | RESENTENCING STIPULATION; CERTIFICATE OF SERVICE |
| vs. | ) | |
| ZACHARIAH DODGE, | ) | Resentencing date: 06/27/07<br>Time: 9:00 a.m.<br>Judge: Hon. David A. Ezra |
| Defendant. | ) | |

### RESENTENCING STIPULATION

WHEREAS the defendant Zachariah Dodge has been found guilty of interfering with a flight attendant, in violation of 49 U.S.C. §§ 46504 and 46501, a Class C felony;

WHEREAS this Court initially sentenced the defendant to a term of imprisonment of 70 months;

WHEREAS the defendant appealed that sentence and the Ninth Circuit has found that the defendant's total offense level should be 16, his criminal history category should be V, and his resulting sentencing range should be 41-51 months;

WHEREAS the Ninth Circuit has remanded this case back to this Court for resentencing while indicating that the defendant can seek a new sentence below the range of 41-51 months

while the government can seek a sentence above the range of 41-51 months;

WHEREAS the government has filed a motion for a sentence above the advisory guideline range, that is, for the imposition of the same sentence of 70 months;

WHEREAS the defendant realizes that the Court might resentence him to the same 70 months' sentence and the government realizes that the defendant likely will reappeal such sentence;

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED, that in exchange for the government's willingness to withdraw its motion for a sentence above the advisory guideline range, the defendant agrees to jointly recommend with the government that the Court impose a sentence of **48 months** with the remaining terms of the original sentence to be reimposed;

IT IS FURTHER STIPULATED that in exchange for the government's willingness to withdraw its motion for a sentence above the advisory guideline range, the defendant agrees to waive his right to appeal any sentence up to and including 48 months and to waive his right to challenge by collateral review any sentence up to and including 48 months (in other words, a sentence of 48 months imprisonment will end this case for both parties);

IT IS FURTHER STIPULATED that this stipulation is not binding on the Court and the Court is free to sentence the defendant in accordance with law. If the Court sentences the defendant above 48 months, then the defendant retains his right

to appeal the portion of the sentence in excess of 48 months. Likewise, if the Court sentences the defendant to a term of imprisonment below 48 months, the government retains its right to appeal the extent that sentence is below 48 months. The parties jointly agree that in applying the sentencing factors set forth in title 18, United States Code, Section 3553(a), a sentence of 48 months is reasonable given the nature of the offense and the defendant's conduct in this and other cases.

AGREED:

_____     06-25-07
ZACHARIAH DODGE                DATE

_____     6-25-07
SHANLYN A.S. PARK              DATE
Assistant Federal Public Defender

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____     6/26/07
MARSHALL SILVERBERG            DATE
Assistant U.S. Attorney
District of Hawaii

**CERTIFICATE OF SERVICE**

I, Marshall Silverberg, declare that the foregoing document will be served by hand delivery to the following:

Shanlyn A.S. Park
Assistant Federal Public Defender
300 Ala Moana Blvd., Room 7-104
Honolulu, Hawaii 96850

Mona L. Godinet
U.S. Probation Officer
Honolulu, Hawaii 96850

Dated: June 26, 2007, at Honolulu, Hawaii.

_____
Marshall Silverberg