# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00448DAE |
| CASE NAME: | United States of America Vs. Zachariah Dodge |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Shanlyn A. S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 06/27/2007 | TIME: | 9:02am-9:29am |

COURT ACTION:  EP: Re-Sentencing and Government's Motion for a Sentence above the Advisory Guideline Range-Defendant present in Custody.

Pursuant to the Re-Sentencing Stipulation filed on 6/26/2007-The Government hereby withdraws its Motion for a Sentence above the Advisory Guideline Range.

The Court adopts the presentence report without change.

Defendant Addresses the Court.

Sentence-

Imprisonment-48 Months

Mittimus Forthwith.

Court Recommendation: 1. Prison Facility at Sheridan, OR.-Request to the U.S. Marshal's to send the Defendant back to Sheridan, OR. as soon as possible.
2. 500 Hour Comprehensive Drug Treatment Program
3. Mental Health Treatment Program
4. Educational/Vocational Training

Supervised Release-3 Years
Defendant's Supervised Release shall be transferred to the Western District of Washington.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local crimes.

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant may change his residence only with the advance approval of the Probation Office.

11. Defendant shall cooperate with the Federal Aviation Administration (FAA) in any administrative proceedings, including making arrangements to pay any fine imposed by the FAA.

No Fine.

Special Assessment-$100.00

Defendant advised of his right to appeal.

Defendant has a new Legal Address that was stated for the Record.

Submitted by Leslie L. Sai, Courtroom Manager