AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:    1:04CR00448-001    Judgment - Page 2 of 6
DEFENDANT:      ZACHARIAH DODGE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 48 MONTHS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 16 2007
at 4 o'clock and 06 min. P.M.
SUE BEITIA, CLERK

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      1. Prison Facility at Sheridan, OR.-Request to the U.S. Marshal's to send the Defendant back to Sheridan, OR. As soon as possible.
      2. 500 Hour Comprehensive Drug Treatment Program
      3. Mental Health Treatment Program
      4. Educational/Vocational Training

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 6-21-06 to FCI, Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A. Daniels
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal